UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**M.D. FARUKUZZAMAN, and**
**TASNIM CHOWDURY EATI**

      **Plaintiff,**

v.                                                                          CASE NO.: 2:15-cv-00424-UA-MRM

**FORTUNE STEP, LLC,**
A Florida Limited Liability Company,
d/b/a Quick & Friendly, and
**HABIBUR RAHMAN, Individually**

      **Defendant.**
_____/

## JOINT REPORT REGARDING SETTLEMENT

The Parties, by and through their undersigned counsel, and pursuant to this Court's FLSA Scheduling Order, hereby jointly file their Report Regarding Settlement of this matter. The parties advise the Court as follows:

_____      Have settled the case and will file settlement documents within fifteen (15) days from the date of this Report.

_____      Have not settled the case but wish to continue settlement discussions another fourteen days (14) days prior to filing the Case Management Report.

_____      Wish to engage in a formal mediation conference.

_____      Request a settlement conference before a United States Magistrate Judge.

\_\_X\_\_      Have exhausted all settlement efforts and are filing a Case Management Report on or before 10 days from the date of this filing.

| By: **/s/ Jason L. Gunter** | By: **/s/ Matthew Toll** |
|---|---|
| Jason Gunter, Esq. | Matthew Toll, Esq |
| Fla. Bar No.: 0134694 | Fla. Bar Number:  0785741 |
| JASON L. GUNTER, P.A. | TOLL LAW |
| Attorney for Plaintiff | Attorney for Defendants |
| 1625 Hendry St., Suite 103 | 1217 Cape Coral Pkwy E, #121 |
| Fort Myers, FL 33901 | Cape Coral, FL 33904-9604 |
| Tel:  (239) 334-7017 | Tel:  (239) 257-1743 |
| Fax: (239) 244-9942 | Fax: (239) 257-1794 |
| E-mail: jason@gunterfirm.com | Email: matt@matthewtoll.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the  23  day of February, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel set forth above.

/s/ Jason L. Gunter
Jason L. Gunter

2